**Opinion filed October 8, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00187-CR
_____

## XAVIER POWELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 268th District Court**

**Fort Bend County, Texas**

**Trial Court Cause No. 08-DCR-048857**

## M E M O R A N D U M   O P I N I O N

Appellant, Xavier Powell, filed a pro se notice of appeal from an agreed order granting his motion for forensic DNA testing. *See* TEX. CODE CRIM. PROC. ANN. ch. 64 (West 2018). We dismiss the appeal.[1]

---

[1]We note that this appeal was transferred to this court from the First Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

Although Appellant filed a pro se notice of appeal, the documents on file in this case indicate that Appellant is represented in this DNA matter by appointed counsel. After Appellant's brief became due, Appellant's counsel notified this court that Appellant's request for DNA testing had been granted and that "the contracted lab has received the items for testing and is preparing to go forward." Counsel indicated that there is nothing for this court to review at this time because Appellant's requests for DNA testing had been granted. The trial court's agreed order for post-conviction DNA testing and its second agreed order for post-conviction DNA testing support counsel's assertion. Upon receiving counsel's letter, this court notified the parties that, unless a response showing grounds to continue was filed on or before September 28, 2020, this appeal may be dismissed. We have received no response.

We dismiss this appeal.

PER CURIAM

October 8, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.